Cite as 2021 Ark. 29

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | **Opinion Delivered:** February 11, 2021 |

## PER CURIAM

Jim Jackson of Little Rock is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on February 11, 2027. Mr. Jackson will be a representative of the Second Congressional District and replaces Kathryn Griffin, whose term has expired.

Judge Dale Ramsey of Witter is appointed to the Arkansas Board of Law Examiners for a six-year term concluding on February 11, 2027. Judge Ramsey will be a representative of the Fourth Congressional District and replaces Lance Lee, whose term has expired.

The Court extends its sincere appreciation to Mr. Jackson and Judge Ramsey for accepting appointment to this important board. The Court also expresses its gratitude to Ms. Griffin and Mr. Lee for their dedicated service to the board.